1   McGREGOR W. SCOTT
United States Attorney
2   JUSTIN L. LEE
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone:  (916) 554-2700

5   Attorneys for Plaintiff
United States of America
6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              CASE NO.  2:15-CR-00164-TLN

12                          Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                            TIME PERIODS UNDER SPEEDY TRIAL
13                  v.                      ACT; FINDINGS AND ORDER

14   JOSE ALVAREZ,                          DATE: October 8, 2020
                                            TIME:  9:30 a.m.
15                          Defendant.      COURT: Hon. Troy L. Nunley

16

17                                **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and

19   defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for status on October 8, 2020.

21          2.      By this stipulation, defendant now moves to continue the status conference

22   until October 22, 2020, at 9:30 a.m., and to exclude time between October 8, 2020, and

23   October 22, 2020, under Local Code T4.  The parties anticipate presenting a plea

24   agreement to the Court at the next court appearance.

25          3.      The parties agree and stipulate, and request that the Court find the

26   following:

27          a)      The defendant initial appeared in this case on August 5, 2015.  The

28   defendant subsequently absconded and a bench warrant was issued on March 5,

                                          1
STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1   2017.  The defendant was arrested in the Western District of Washington and later

2   transferred to the Eastern District of California.  On November 11, 2019, the

3   defendant made his first appearance in the Eastern District of California since the

4   March 2017 bench warrant was issued.

5        b)    At the November 11, 2019 hearing, prior counsel John Manning was

6   relieved and new counsel Mark Reichel was appointed.

7        c)    On February 26, 2020, March 24, 2020, May 20, 2020, July 28, 2020,

8   and August 18, 2020, the parties conferred regarding the status of the case.

9   Counsel for the defendant indicated that he needs additional time to meet with the

10  defendant and discuss a proposed plea agreement from the United States.

11       d)    Therefore, a further continuance and time exclusion is warranted

12  because counsel for defendant desires additional time to consult with his client,

13  review the discovery, discuss potential resolution options, and otherwise prepare for

14  trial.

15       e)    Counsel for defendant believes that failure to grant the above-

16  requested continuance would deny him the reasonable time necessary for effective

17  preparation, taking into account the exercise of due diligence.

18       f)    The government does not object to the continuance.

19       g)    Based on the above-stated findings, the ends of justice served by

20  continuing the case as requested outweigh the interest of the public and the

21  defendant in a trial within the original date prescribed by the Speedy Trial Act.

22       h)    For the purpose of computing time under the Speedy Trial Act, 18

23  U.S.C. § 3161, et seq., within which trial must commence, the time period of

24  October 8, 2020 to October 22, 2020, inclusive, is deemed excludable pursuant to 18

25  U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance

26  granted by the Court at defendant's request on the basis of the Court's finding that

27  the ends of justice served by taking such action outweigh the best interest of the

28  public and the defendant in a speedy trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 5, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated:  October 5, 2020

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Jose Alvarez

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 5th day of October, 2020.

Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3