1  McGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00164-TLN
12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER
13 | v. |
14 | JOSE ALVAREZ, | DATE: October 22, 2020
15 | Defendant. | TIME: 9:30 a.m.
                 | COURT: Hon. Troy L. Nunley

16

17                       **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and

19 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20     1.   By previous order, this matter was set for status on October 22, 2020.

21     2.   By this stipulation, defendant now moves to continue the status conference

22 until November 12, 2020, at 9:30 a.m., and to exclude time between October 22, 2020, and

23 November 12, 2020, under Local Code T4.  The parties anticipate presenting a plea

24 agreement to the Court at the next court appearance.

25     3.   The parties agree and stipulate, and request that the Court find the

26 following:

27         a)   The defendant initial appeared in this case on August 5, 2015.  The

28     defendant subsequently absconded and a bench warrant was issued on March 5,

1    2017.  The defendant was arrested in the Western District of Washington and later

2    transferred to the Eastern District of California.  On November 11, 2019, the

3    defendant made his first appearance in the Eastern District of California since the

4    March 2017 bench warrant was issued.

5        b)    At the November 11, 2019 hearing, prior counsel John Manning was

6    relieved and new counsel Mark Reichel was appointed.

7        c)    On February 26, 2020, March 24, 2020, May 20, 2020, July 28, 2020,

8    August 18, 2020, and October 20, 2020 the parties conferred regarding the status of

9    the case.  Counsel for the defendant indicated that he needs additional time to meet

10   with the defendant and discuss a proposed plea agreement from the United States.

11       d)    Therefore, a further continuance and time exclusion is warranted

12   because counsel for defendant desires additional time to consult with his client,

13   review the discovery, discuss potential resolution options, and otherwise prepare for

14   trial.

15       e)    Counsel for defendant believes that failure to grant the above-

16   requested continuance would deny him the reasonable time necessary for effective

17   preparation, taking into account the exercise of due diligence.

18       f)    The government does not object to the continuance.

19       g)    Based on the above-stated findings, the ends of justice served by

20   continuing the case as requested outweigh the interest of the public and the

21   defendant in a trial within the original date prescribed by the Speedy Trial Act.

22       h)    For the purpose of computing time under the Speedy Trial Act, 18

23   U.S.C. § 3161, et seq., within which trial must commence, the time period of

24   October 22, 2020 to November 12, 2020, inclusive, is deemed excludable pursuant to

25   18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a

26   continuance granted by the Court at defendant's request on the basis of the Court's

27   finding that the ends of justice served by taking such action outweigh the best

28   interest of the public and the defendant in a speedy trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 20, 2020                           McGREGOR W. SCOTT
                                                                        United States Attorney

                                                                        /s/ JUSTIN L. LEE
                                                                        JUSTIN L. LEE
                                                                        Assistant United States Attorney

Dated:  October 20, 2020                           /s/ MARK REICHEL
                                                                        MARK REICHEL
                                                                        Counsel for Defendant
                                                                        Jose Alvarez

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 20th day of October, 2020.

Troy L. Nunley
United States District Judge