1  MCGREGOR W. SCOTT
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:15-CR-00164-TLN

12                        Plaintiff,      STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL
13               v.                       ACT; FINDINGS AND ORDER

14 JOSE ALVAREZ,                          DATE: January 7, 2021
                                          TIME:  9:30 a.m.
15                        Defendant.      COURT: Hon. Troy L. Nunley

16

17                      **STIPULATION**

18       Plaintiff United States of America, by and through its counsel of record, and

19 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20       1.      By previous order, this matter was set for status on January 7, 2021.

21       2.      By this stipulation, defendant now moves to continue the status conference

22 until February 18, 2021, at 9:30 a.m., and to exclude time between January 7, 2021, and

23 February 18, 2021, under Local Code T4.  The parties anticipate presenting a plea

24 agreement to the Court at the next court appearance.

25       3.      The parties agree and stipulate, and request that the Court find the

26 following:

27              a)      The defendant initial appeared in this case on August 5, 2015.  The

28 defendant subsequently absconded and a bench warrant was issued on March 5,

2017.  The defendant was arrested in the Western District of Washington and later transferred to the Eastern District of California.  On November 11, 2019, the defendant made his first appearance in the Eastern District of California since the March 2017 bench warrant was issued.

b)     At the November 11, 2019 hearing, prior counsel John Manning was relieved and new counsel Mark Reichel was appointed.

c)     On February 26, 2020, March 24, 2020, May 20, 2020, July 28, 2020, August 18, 2020, October 20, 2020, and December 2, 2020, the parties conferred regarding the status of the case.  Counsel for the defendant indicated that he needs additional time to meet with the defendant and discuss a proposed plea agreement from the United States.

d)     Therefore, a further continuance and time exclusion is warranted because counsel for defendant desires additional time to consult with his client, review the discovery, discuss potential resolution options, and otherwise prepare for trial.

e)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)     The government does not object to the continuance.

g)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 7, 2021 to February 18, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best

1  interest of the public and the defendant in a speedy trial.

2      4.      Nothing in this stipulation and order shall preclude a finding that other

3  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

4  the period within which a trial must commence.

5      IT IS SO STIPULATED.

6

7

8  Dated:  January 6, 2021                    McGREGOR W. SCOTT
                                     United States Attorney

9

10                                       /s/ JUSTIN L. LEE
                                     JUSTIN L. LEE

11                                       Assistant United States Attorney

12

13  Dated:  January 6, 2021                    /s/ MARK REICHEL

14                                       MARK REICHEL
                                     Counsel for Defendant

15                                       Jose Alvarez

16

17                          **FINDINGS AND ORDER**

18      IT IS SO FOUND AND ORDERED this 6th day of January, 2021.

19

20

21

22

23                          Troy L. Nunley

                        United States District Judge

24

25

26

27

28