McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSE ALVAREZ,<br><br>            Defendant. | CASE NO. 2:15-CR-00164-TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: February 18, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 18, 2021, at 9:30 a.m.

2. By this stipulation, defendant now moves to continue the status conference until **March 18, 2021**, **at 9:30 a.m**., and to exclude time between February 18, 2021, and March 18, 2021, under Local Code T4. The parties anticipate presenting a plea agreement to the Court at the next court appearance.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The defendant initial appeared in this case on August 5, 2015. The

1  defendant subsequently absconded and a bench warrant was issued on March 5,
2  2017.  The defendant was arrested in the Western District of Washington and later
3  transferred to the Eastern District of California.  On November 11, 2019, the
4  defendant made his first appearance in the Eastern District of California since the
5  March 2017 bench warrant was issued.

6      b)   At the November 11, 2019 hearing, prior counsel John Manning was
7  relieved and new counsel Mark Reichel was appointed.

8      c)   On February 26, 2020, March 24, 2020, May 20, 2020, July 28, 2020,
9  August 18, 2020, October 20, 2020, December 2, 2020, January 7, 2021, and
10 February 16, 2021, the parties conferred regarding the status of the case.  Counsel
11 for the defendant indicated that he needs additional time to meet with the
12 defendant and discuss a proposed plea agreement from the United States.  The
13 parties are continuing to investigate the potential for immigration consequences in
14 this case.

15     d)   Therefore, a further continuance and time exclusion is warranted
16 because counsel for defendant desires additional time to consult with his client,
17 review the discovery, discuss potential resolution options, and otherwise prepare for
18 trial.

19     e)   Counsel for defendant believes that failure to grant the above-
20 requested continuance would deny him the reasonable time necessary for effective
21 preparation, taking into account the exercise of due diligence.

22     f)   The government does not object to the continuance.

23     g)   Based on the above-stated findings, the ends of justice served by
24 continuing the case as requested outweigh the interest of the public and the
25 defendant in a trial within the original date prescribed by the Speedy Trial Act.

26     h)   For the purpose of computing time under the Speedy Trial Act, 18
27 U.S.C. § 3161, et seq., within which trial must commence, the time period of
28 February 18, 2021 to March 18, 2021, inclusive, is deemed excludable pursuant to

18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 16, 2021     McGREGOR W. SCOTT
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: February 16, 2021     /s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Jose Alvarez

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of February, 2021.

Troy L. Nunley
United States District Judge